UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kelvin Guilford Carter**　　　　　　　　　　　　　　　　Docket No. 7:00-CR-91-1BO

### Petition for Action on Supervised Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kelvin Guilford Carter, who, upon an earlier plea of guilty to 21 U.S.C. § 841 (a)(l), Possession with Intent to Distribute more than 5 Grams of Cocaine Base (crack), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on December 18, 2000, to the custody of the Bureau of Prisons for a term of 211 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Kelvin Guilford Carter was released from custody on September 10, 2018, at which time the term of supervised release commenced. From evidence presented at a revocation hearing on April 11, 2018, the court found that this offender violated the terms of his supervision. The court ordered that the offender's term of supervised release be revoked, and the offender be imprisoned for a term of 6 months, with a 12-month term of supervised released to commence upon the offender's release from prison.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The offender submitted a urine sample on December 6, 2018, which tested positive for cocaine. When confronted with the results on December 27, 2018, the offender admitted to the use and stated that he used poor judgement during a party.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Michael C. Brittain　　　　　　　　　　　/s/ Mark Culp
Michael C. Brittain　　　　　　　　　　　　Mark Culp
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-483-8613
　　　　　　　　　　　　　　　　　　　　　　Executed On: December 27, 2018

Kelvin Guilford Carter
Docket No. 7:00-CR-91-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __27__ day of __December__, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
Chief United States District Judge